IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cr-531-ECM |
| | ) | |
| AGUSTIN OSORIO-LOPEZ | ) | |

**O R D E R**

On November 3, 2025, the Magistrate Judge entered a Report and Recommendation Concerning Plea of Guilty (doc. 23), to which Notices of No Objection have been filed (docs. 24, 25). Accordingly, it is

ORDERED that the Magistrate Judge's Recommendation (doc. 23) is ADOPTED, the Court ACCEPTS the Defendant's plea of guilty as to Counts 1s, 2s, 3s, 4s, and 5s of the Felony Information, and the Defendant is adjudged guilty of these offenses. It is further

ORDERED that the sentencing of the Defendant will be set by separate Order.

DONE this 4th day of November, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE